## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GORDIE DANIELS

          Plaintiff,                    CASE NO. 8:18-cv-03088-SCB-JSS

     v.

HSN, INC. HSNi, LLC, and QURATE
RETAIL, INC. d/b/a QURATE RETAIL
GROUP

          Defendant.

_____

## DEFENDANTS HSN, INC., HSNI, LLC AND QURATE RETAIL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants HSN, Inc., HSNi, LLC and Qurate Retail, Inc. (collectively, "Defendants") respectfully move for a brief extension of time to and including January 11, 2019, to answer, move or otherwise respond to Plaintiff's Complaint, and state the following in support:

1.      On November 27, 2018, Plaintiff filed this action against Defendants in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 18-007553-CI.

2.      The summons and Complaint were served on Defendant HSNi, LLC on December 6, 2018.  Pursuant to 28 U.S.C. § 1446(b), Defendants timely removed the action to this Court on December 26, 2018.

3.      Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' response(s) to the Complaint are currently due on January 2, 2019.

1

4.      Plaintiff's Complaint allegations include representations that all three Defendants acted as joint employers of Plaintiff.  In order to fully investigate and formulate an appropriate response(s) on behalf of all Defendants, particularly with respect to Plaintiff's joint employment allegations, counsel for Defendants requires a brief nine (9) day extension of time, up to and including January 11, 2019, to respond to Plaintiff's Complaint.

5.      This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

6.      The undersigned has discussed the subject matter of this motion with Plaintiff's counsel, and they are not opposed to the relief sought herein.

WHEREFORE, Defendants HSN, Inc., HSNi, LLC and Qurate Retail Inc. respectfully request an extension of time up to and including January 11, 2019, to answer, move or otherwise respond to Plaintiff's Complaint.

### CERTIFICATION OF CONFERENCE WITH COUNSEL

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the subject matter of this motion, and Plaintiff is not opposed to the relief sought herein.

Dated: December 31, 2018

**[REST OF PAGE INTENTIONALLY LEFT BLANK]**

Respectfully submitted,


By: /s/  Dawn Siler-Nixon

    Dawn Siler-Nixon
Florida Bar No. 993360
E-mail:  dsiler-nixon@fordharrison.com
Nicholas S. Andrews
Florida Bar No. 0105699
E-mail: nandrews@fordharrison.com
FORD & HARRISON LLP
101 E. Kennedy Blvd., Suite 900
Tampa, FL  33602
(813) 261-7800  Telephone
(813) 261-7899  Facsimile

Attorneys for Defendants
HSNi, LLC, HSN, Inc. and Qurate Retail, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 31, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system will which send a notice of electronic filing to the following:

Cynthia N. Sass, Esq.
Sass Law Firm
601 West Dr. Martin Luther King, Jr. Blvd.
Tampa, FL 33603

And

Shane B. Vogt, Esq.
Bajo Cuva Cohen & Turkel, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602

Attorneys for Plaintiff Gordie Daniels


/s/ Dawn Siler-Nixon
Dawn Siler-Nixon

WSACTIVELLP:10265717.1

3