**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GORDIE DANIELS

        Plaintiff,          CASE NO. 8:18-cv-03088-SCB-JSS

   v.

HSN, INC. HSNi, LLC, and QURATE
RETAIL, INC. d/b/a QURATE RETAIL
GROUP

        Defendant.

---

**DEFENDANTS HSN, INC., HSNI, LLC AND QURATE RETAIL, INC.'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants HSN, Inc., HSNi, LLC and Qurate Retail, Inc. (collectively, "Defendants") respectfully move for a brief extension of time to and including January 18, 2019, to answer, move or otherwise respond to Plaintiff's Complaint, and state the following in support:

1. On November 27, 2018, Plaintiff filed this action against Defendants in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 18-007553-CI.

2. The summons and Complaint were served on Defendant HSNi, LLC on December 6, 2018. Pursuant to 28 U.S.C. § 1446(b), Defendants timely removed the action to this Court on December 26, 2018.

3. On December 31, 2018, Defendants moved for an extension of time until January 11, 2019, to answer, move or otherwise respond to Plaintiff's Complaint. [D.E. 3]. On January 2, 2019, the Court granted Defendants' motion. [D.E. 5].

4. The need for Defendants' original motion involved the investigation into whether certain Defendants were properly named as joint employers of Plaintiff. [*See* D.E. 5]. The parties have a telephone conference tentatively scheduled for January 16, 2019 to discuss this matter, after which Defendants will be in a better position to respond to the joint employment allegations set forth in Plaintiff's complaint.

5. Accordingly, Defendants request a brief one-week extension of time, up to and including January 18, 2019, to respond to Plaintiff's Complaint.

6. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

7. The undersigned has discussed the subject matter of this motion with Plaintiff's counsel, and they are not opposed to the relief sought herein.

WHEREFORE, Defendants HSN, Inc., HSNi, LLC and Qurate Retail Inc. respectfully request an extension of time up to and including January 18, 2019, to answer, move or otherwise respond to Plaintiff's Complaint.

## **CERTIFICATION OF CONFERENCE WITH COUNSEL**

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that he conferred with Plaintiff's counsel regarding the subject matter of this motion, and Plaintiff is not opposed to the relief sought herein.

Dated: January 10, 2019


**[REST OF PAGE INTENTIONALLY LEFT BLANK]**

Respectfully submitted,


By: /s/ Dawn Siler-Nixon
    Dawn Siler-Nixon
    Florida Bar No. 993360
    E-mail:  dsiler-nixon@fordharrison.com
    Nicholas S. Andrews
    Florida Bar No. 0105699
    E-mail: nandrews@fordharrison.com
    FORD & HARRISON LLP
    101 E. Kennedy Blvd., Suite 900
    Tampa, FL  33602
    (813) 261-7800  Telephone
    (813) 261-7899  Facsimile

    Attorneys for Defendants
    HSNi, LLC, HSN, Inc. and Qurate Retail, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system will which send a notice of electronic filing to the following:

Cynthia N. Sass, Esq.
Sass Law Firm
601 West Dr. Martin Luther King, Jr. Blvd.
Tampa, FL 33603

And

Shane B. Vogt, Esq.
Bajo Cuva Cohen & Turkel, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602

Attorneys for Plaintiff Gordie Daniels


    /s/ Dawn Siler-Nixon
    Dawn Siler-Nixon

WSACTIVELLP:10304478.1