UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GORDIE DANIELS,

    Plaintiff,

v.    Case No.: 8:18-cv-03088-SCB-JSS

HSN, INC. HSNi, LLC, and QURATE
RETAIL, INC. d/b/a QURATE RETAIL
GROUP,

    Defendants.
_____/

## INDEX OF DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. Deposition Transcript of Plaintiff Gordie Daniels taken October 22, 2019
2. Daniels Deposition Ex. 2 – HSN Acknowledgments
3. Daniels Deposition Ex. 3 – Orientation Guide Timekeeping and Work Hours
4. Daniels Deposition Ex. 4 – Overtime Policy
5. Daniels Deposition Ex. 5 – Time Detail
6. Daniels Deposition Ex. 6 – People Soft Date Range Summary Report
7. Daniels Deposition Ex. 7 – Composite of e-mails corroborating that plaintiff worked from home
8. Daniels Deposition Ex. 8 - Composite of e-mails where plaintiff informed Miller he would be working from home
9. Daniels Deposition Ex. 9 - Composite of sample e-mails after 5:00 p.m. between Plaintiff and Bruno
10. Daniels Deposition Ex. 11 – May 27, 2018 e-mail from Plaintiff to Caputo
11. Daniels Deposition Ex. 12 – Plaintiff's Answers to Court's Interrogatories
12. Daniels Deposition Ex. 18 – HSN New Guest Orientation
13. Daniels Deposition Ex. 20 – QVC Guest Excellence PowerPoint Presentation
14. Daniels Deposition Ex. 21 – April 24, 2018 e-mail from Plaintiff re: Can you proof please

15. Daniels Deposition Ex. 22 – April 25, 2018 e-mail chain re: Can you proof please
16. Daniels Deposition Ex. 23 – April 26, 2018 e-mail chain re: TS Guest Policy
17. Daniels Deposition Ex. 24 – May 1, 2018 e-mail chain re: Category Summit Update
18. Daniels Deposition Ex. 28 –May 17, 2018 E-mail from Daniels' Personal E-mail to HSN E-mail with Dos and Don'ts List.
19. Daniels Deposition Ex. 29 – Composite of New Guest Direction e-mails
20. Daniels Deposition Ex. 30 – May 17, 2018 e-mail from Plaintiff re: Guest Messaging that went out
21. Daniels Deposition Ex. 32 – May 17, 2018 e-mail to Plaintiff from vendor/on-air guest
22. Daniels Deposition Ex. 33 – May 17, 2018 5:09 p.m.  E-mail to Guest.
23. Daniels Deposition Ex. 34 -  May 18, 2018 e-mail to Plaintiff from vendor/on-air guest
24. Daniels Deposition Ex. 35 – May 17, 2018 e-mail from Plaintiff re: is this bad?
25. Daniels Deposition Ex. 36 – May 17, 2018 e-mail from Plaintiff re: I messed up
26. Daniels Deposition Ex. 37 – May 17, 2018 e-mail chain Between Plaintiff and Bruno re: Guest Messaging that Went Out
27. Daniels Deposition Ex. 38 – May 17, 2018 e-mail from Plaintiff to "S.B."
28. Daniels Deposition Ex. 39 – May 18, 2018 e-mail from Plaintiff to Carter re: Original Email to Tim
29. Daniels Deposition Ex. 40 –May 18, 2018 follow-up e-mail from Plaintiff to Carter
30. Daniels Deposition Ex. 41 – May 22, 2018 Page Six Article
31. Daniels Deposition Ex. 47 – May 28, 2018 e-mail from Plaintiff re: Please Read
32. Deposition Transcript of Tim Bruno taken October 25, 2019 (Volume I)
33. Deposition Transcript of Tim Bruno taken October 25, 2019 (Volume II)
34. Bruno Deposition Ex. 53 – August 11, 2017 e-mail from Plaintiff re: status
35. Bruno Deposition Ex. 54 – Leadership and the Law
36. Bruno Deposition Ex. 63 – May 17, 2018 e-mail chain from Bruno to Borghese
37. Bruno Deposition Ex. 65 – May 17, 2018 e-mail chain re: HSN Guest Direction 2018 – Please Read
38. Bruno Deposition Ex. 66 – May 18, 2018 e-mail chain re: Confidential
39. Bruno Deposition Ex. 68 – May 18, 2018 e-mail chain re: URGENT: Response to Guest Communication Yesterday

40. Deposition Transcript of Normand Carter taken October 29, 2019 (Volume I)
41. Deposition Transcript of Normand Carter taken October 29, 2019 (Volume II)
42. Carter Deposition Ex. 71 – Daniels' Curriculum Record
43. Carter Deposition Ex. 82 – May 18, 2018 e-mail from Carter to Owens.
44. Carter Deposition Ex. 84 – May 18, 2018 e-mail from Plaintiff re: Guest Messaging that went out; New Guest Direction
45. Carter Deposition Ex. 85 – May 18, 2018 e-mail from Plaintiff re: Something to Consider
46. Carter Deposition Ex. 86 – May 18, 2018 e-mail chain re: Confidential Heads up – Talent Management Issue
47. Carter Deposition Ex. 89 – May 22, 2018 e-mail chain re: Updates re: TV Situation
48. Deposition Transcript of Michael "Mike" Fitzharris taken November 5, 2019
49. Fitzharris Deposition Ex. 106 – May 22, 2018 e-mail chain re: Gordie Daniels dispute
50. Fitzharris Deposition Ex. 107 – May 22, 2018 e-mail from Kermes to Coleman
51. Deposition Transcript of Jill Kermes taken November 7, 2019
52. Kermes Deposition Ex. 115 – May 18, 2018 e-mail chain re: We're Sorry
53. Kermes Deposition Ex. 116 – May 18, 2018 e-mail chain re: Apology
54. Kermes Deposition Ex. 126 – May 22, 2018 e-mail chain re: Gordie Daniels dispute
55. Kermes Deposition Ex. 127 – May 22, 2018 e-mail from Kermes to Coleman re: Gordie Daniels dispute
56. Kermes Deposition Ex. 128 – May 22, 2018 e-mail chain re: Page Six
57. Kermes Deposition Ex. 129 – May 23, 2018 e-mail chain re: Tension between HSN and QVC comes to a head over 'condescending' email: Report AOL Entertainment
58. Deposition Transcript of Daniel Owens taken November 8, 2019
59. Owens Deposition Ex. 132 – Leadership and the Law Participation Guide
60. Owens Deposition Ex. 133 – Leadership and the Law Quick Reference Guide
61. Owens Deposition Ex. 134 – Handwritten notes
62. Owens Deposition Ex. 135 – May 18, 2018 e-mail chain re: HSN Guest Direction 2018 – Please Read
63. Deposition Transcript of Terri Giddens, Ph.D. taken November 21, 2019
64. Giddens Deposition Ex. 2 – Expert Report of Terri D. Giddens, Ph.D.
65. Declaration of Normand Carter with Exhibits

Dated this 4th day of December, 2019.

                                                  Respectfully submitted,

                                                  FORD & HARRISON LLP

By:  */s/ Dawn Siler-Nixon*
      Dawn Siler-Nixon
      Florida Bar No. 993360
      dsiler-nixon@fordharrison.com
      Nicholas S. Andrews
      Florida Bar No. 0105699
      nandrews@fordharrison.com
      101 E. Kennedy Boulevard, Suite 900
      Tampa, Florida 33602
      Telephone (813) 261-7800
      Facsimile (813) 261-7899

      Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system will which send a notice of electronic filing to the following:

Cynthia N. Sass, Esq.
Amanda Biondolino, Esq.
Sass Law Firm
601 West Dr. Martin Luther King, Jr. Blvd.
Tampa, FL 33603
csass@sasslawfirm.com
abiondolino@sasslawfirm.com
bcruz@sasslawfirm.com
jolney@sasslawfirm.com
reception@sasslawfirm.com

And

Shane B. Vogt, Esq.
Bajo Cuva Cohen & Turkel, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Shane.vogt@bajocuva.com
garnold@bajocuva.com
leslie.harm@bajocuva.com

/s/ *Dawn Siler-Nixon*
Dawn Siler-Nixon

WSACTIVELLP:10967224.1