Date: 10/29/2015 2:56:57 PM
Action: Publish approved
Overtime Policy



**POLICY:**

It is the policy of HSN, Inc. ("HSNi" or the "company") to comply with the requirements of the federal Fair Labor Standards Act ("FLSA") and any relevant state statute and/or regulation in compensating non-exempt employees for overtime hours worked.

**PURPOSE:**

The purpose of the policy is to define which employees qualify for overtime payments and what hours will be considered as time worked for the purpose of computing overtime payments.

**PROCEDURE:**

A. Eligibility

1. All sites except California: Employee classification in accordance with the FLSA will determine eligibility for overtime pay.

· Non-exempt employees, as defined by the FLSA, are not exempt from the statute's requirements concerning overtime compensation.

· Non-exempt employees paid on an hourly basis are eligible to be compensated at one and one half times their average hourly rate for all hours worked in excess of 40 hours in a calendar week.

· Non-exempt employees may be paid on a salary basis but must be paid overtime compensation for hours worked in excess of 40 hours in a calendar week.

· Exempt, salaried employees are paid a salary regardless of hours worked in a pay period. Employees classified as exempt are not eligible for overtime compensation.

· Refer to HSNi Employment Classification policy for employee classification guidelines.

2. California: Employee classification in accordance with the FLSA and California state law will determine eligibility for overtime pay.

· Non-exempt employees, as defined by the FLSA, are not exempt from the statute's requirements concerning overtime compensation.



**Exhibit 4**

HSNi0000990

· Non-exempt employees paid on an hourly basis are eligible to be compensated at one and one half times their average hourly rate for all hours worked in excess of 8 hours per day, 40 hours in a calendar week, or any hours worked on the seventh day of work in a given calendar week.

· Non-exempt employees may be paid on a salary basis but must be paid overtime compensation for hours worked in excess of 8 hours per day, 40 hours in a calendar week or any hours worked on the seventh day of work in a given calendar week.

· Non-exempt employees who work over twelve hours in a day will receive double the regular rate of pay for those hours worked over twelve. Also, non-exempt employees who work over eight hours on the seventh day of a workweek will be entitled to double the regular rate of pay.

· Exempt, salaried employees are paid a salary regardless of hours worked in a pay period. Employees classified as exempt are not eligible for overtime compensation.

· Refer to HSNi Employment Classification policy for employee classification guidelines.

B. Time Worked

1. Hours worked will be considered as time worked for the purpose of computing overtime. Hours considered for overtime calculation include all time worked, including paid break time.

2. Non-productive paid hours, such as on-call hours not worked, vacation, sick time, holidays, jury duty, bereavement, or the use of paid time off (PTO), will not be considered as time worked for the purpose of computing overtime payments.

C. Authorization to Work Overtime

1. Employees must receive authorization from their supervisor prior to working overtime except in the event of an emergency.

2. In the event of an emergency, the employee's supervisor must subsequently review the overtime worked.

3. Employees who work overtime without authorization must be paid in accordance with this policy, state law and the FLSA for the hours worked. However, repeated incidents of working overtime without authorization may result in disciplinary action.

D. Responsibility

1. Human Resources will ensure that all employees are properly classified in accordance with the FLSA as exempt or non-exempt.

2. Human Resources will review state law for any requirements that may exceed federal FLSA requirements and incorporate those requirements into the company's local policy.

3. Managers and supervisors will monitor the use of overtime within their departments and ensure that employees working overtime hours are authorized to do so.

4. It is the responsibility of each supervisor to make sure that employees do not work overtime without the supervisor's approval.

5. Employees must always have approval to work overtime hours. It is not permissible for an employee to work overtime without the prior approval of his or her supervisor. If an emergency arises where an employee has no choice but to work overtime, he or she must alert his or her supervisor or manager as soon as possible.

HSNi0000992